*In re* ROBERTO MADERA ACOSTA.

*Número:* 5144　　　　　　　*Resuelto:* 2 de junio de 2001

*Lcda. Carmen H. Carlo Cabrera, Directora de la Oficina de Inspección de Notarías; Lcdo. Ramón Antonio Guzmán Rivera,* abogado del peticionario.

## RESOLUCIÓN

Examinada la petición de reinstalación como notario presentada por el Lcdo. Roberto Madera Acosta y visto el Informe sobre Solicitud de Reinstalación al Ejercicio del Notariado de la Directora de la Oficina de Inspección de Notarías, se accede a lo solicitado y se autoriza la reinstalación de dicho abogado al ejercicio de la notaría previo el cumplimiento de los trámites reglamentarios necesarios para ello.

Se le apercibe al licenciado Madera Acosta de la importancia de cumplir bien y fielmente con todos los deberes y las responsabilidades que exige el ejercicio del notariado,

cuyo incumplimiento puede acarrear la suspensión del ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*